ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL I

| | | |
|---|---|---|
| JOSÉ ANTONIO LAPORTE ESPADA y KYRA CASTAÑEDA BONILLA, y la sociedad legal de bienes gananciales compuesta por ambos,<br><br>Peticionaria,<br><br>v.<br><br>UNIVERSAL INSURANCE CO. DE PUERTO RICO; LIME HOMES, LTD.,<br><br>Recurrida. | TA2026CE00119 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan.<br><br>Civil núm.: SJ2024CV01794.<br><br>Sobre: incumplimiento de contrato. |

Panel integrado por su presidente, el juez Sánchez Ramos, la jueza Romero García y el juez Pérez Ocasio.

Romero García, jueza ponente.

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de febrero de 2026.

Este recurso fue instado por la parte peticionaria del título el 30 de enero de 2026. En síntesis, solicita que este Tribunal ordene al foro primario que detenga la ejecución de la sentencia dictada sumariamente el 5 de diciembre de 2025, por cuanto la peticionaria alega no haber recibido copia de la sentencia. Aduce que el *Sistema Unificado de Administración y Manejo de Casos* (SUMAC) no emitió la notificación automática a su representante legal, por lo que inició una investigación ante la División de Informática de la Oficina de Administración de los Tribunales.

El 9 de febrero de 2026, la recurrida Lime Home, LTD, se opuso a la expedición del auto[1].

Examinados los respectivos escritos de las partes comparecientes y el expediente electrónico del caso, este Tribunal concluye que la parte peticionaria no pudo establecer que el foro primario hubiera incurrido en error alguno. Tampoco surge del expediente que el tribunal recurrido haya

---

[1] En cuanto a la solicitud de desestimación de la recurrida, **sin lugar**. Con relación a la solicitud de reconsideración presentada por Lime Home, LTD, el 11 de febrero de 2026, **sin lugar**.

abusado de la discreción que le asiste, de forma tal que se haga meritorio eludir la norma de abstención judicial que regula el ejercicio de nuestras funciones.

Por tanto, en virtud de lo dispuesto en la Regla 40 del Reglamento de este Tribunal de Apelaciones, según enmendado, *In re aprobación de Enmdas. al Reglamento del TA*, 2025 TSPR 141, 215 DPR ___ (2025), resolvemos **denegar la expedición del auto de *certiorari*.**

Por último, este Tribunal **deja sin efecto la orden de paralización** de los procedimientos dictada el 2 de febrero de 2026.

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones